**Electronically Filed
Supreme Court
SCAD-14-0000353
08-JUN-2021
12:13 PM
Dkt. 113 ORD**

SCAD-14-0000353

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

STEPHEN CARL WOODRUFF, Respondent.

---

ORIGINAL PROCEEDING
(ODC 13-003-9073)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon consideration of the June 3, 2021 application for reinstatement, filed by Respondent Stephen C. Woodruff, the June 4, 2021 response filed by the Office of Disciplinary Counsel, and the entire record in this matter, we find that, despite Respondent Woodruff's declaration to the contrary, he has not complied with the terms of the October 11, 2016 disciplinary order, which, *inter alia*, requires compliance with the duties imposed by Rule 2.16 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH) upon all suspended or disbarred attorneys and which required Respondent Woodruff to file an affidavit by

November 20, 2016 providing certain information, and averring that he had fully complied with the duties imposed by that Rule. Therefore,

IT IS HEREBY ORDERED that Respondent Woodruff's application is denied without prejudice to his submitting an affidavit or declaration that fully complies with both the requirements of RSCH Rule 2.17(b)(2) and provides the information required by RSCH Rules 2.16(a), 2.16(b), and 2.16(c), as well as any good cause for his failure to timely file the RSCH Rule 2.16(d) affidavit by the original November 20, 2016 deadline, set by the October 11, 2016 order and by operation of RSCH Rule 2.16(d).

DATED: Honolulu, Hawaiʻi, June 8, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Katherine G. Leonard